20073. FIELDS *et al.* v. GOLDSTEIN *et al.*

Almand, Justice. After a careful consideration of the record in this case and of the decision rendered by the Court of Appeals (97 *Ga. App.* 286, 102 S. E. 2d 921), we are of the opinion that the court did not err in affirming the judgment of the trial court.

*Judgment affirmed. All the Justices concur, except Wyatt, P. J., who dissents.*

ARGUED JUNE 10, 1958—DECIDED JULY 11, 1958.

*Sidney I. Rose, J. Corbett Peek,* for plaintiffs in error.

*Turner Paschal, Moise, Post & Gardner, R. Emerson Gardner, Haas, Holland & Blackshear, Hugh E. Wright, Marvin G. Russell,* contra.